VEREEN v. HOLDEN

No. 436P97

Case below: 127 N.C.App. 205

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

WAKE COUNTY HOSP. SYS. v.
SAFETY NAT. CASUALTY CORP.

No. 444P97

Case below: 127 N.C.App. 33

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

WALKER v. BD. OF TRUSTEES OF THE N.C. LOCAL
GOV'T. EMP. RET. SYS.

No. 482PA97

Case below: 127 N.C.App. 156

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1997.

WILLIAMS v. SUTTON

No. 458P97

Case below: 124 N.C.App. 673

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 November 1997.

WILMOTH v. STATE FARM MUT. AUTO. INS. CO.

No. 480P97

Case below: 127 N.C.App. 260

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.